AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Hank Moon | | Telephone: (313) 226-0220 |
| Special Agent: Lewis Rohrer | | Telephone: (818) 482-6384 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Ronald Edward Robinson, Jr.

Case No.

Case: 2:22-mj-30350
Judge: Unassigned,
Filed: 08-19-2022 At 11:22 AM
USA v. RONALD EDWARD ROBINSON, JR. (CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 18, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Being a felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Lewis Rohrer, ATF
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 19, 2022

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Anthony P. Patti
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lewis Rohrer, being first duly sworn, hereby depose and state as follows:

### I.    INTRODUCTION

1.   I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and am currently assigned to Detroit Field Division, Detroit Group IV Field Office. My law enforcement and legal training consists of completion of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) from September 21, 2014, to December 22, 2014. I also completed Special Agent Basic Training at the ATF National Academy, located at FLETC, from December 29, 2014, to April 8, 2015. I received specialized training at FLETC in Glynco, Georgia, concerning violations of the Gun Control Act within Title 18 and violations of the Controlled Substance Act within Title 21. The training I received includes but is not limited to surveillance, interviewing, writing warrants, handling of evidence, arrest procedures, search procedures, and testifying in court. After graduation from the Academy, I was assigned to the Los Angeles I Field Office, which investigates gun trafficking, narcotics trafficking,

1

organized crime, street gangs, and other types of violent crime. In addition to my training at FLETC, I have a bachelor's degree from University of California, Riverside. Previously, I was a Combat Engineer Officer with the United States Marine Corps for seven years, and a Security Protective Specialist with Department of State for one year and three months.

2. The statements contained in this affidavit are based on my participation in this investigation, including my review of written police reports, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. 3. ATF is currently conducting a criminal investigation concerning Ronald Edward ROBINSON Jr. (xx/xx/1982) for violating 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm.

## II. PROBABLE CAUSE

4. On August 18, 2022, at approximately 6:33 p.m. Detroit Police Department officers on routine patrol in full uniform and a fully

2

marked police car saw a man standing in the middle of the street when a sidewalk was provided. Officers attempted to investigate. When the individual, later identified as ROBINSON, saw the officers, he immediately backed away from them, grabbed his waistband, and appeared to tuck an item into his appendix area, a motion the officers believed, based on their training and experience, was consistent with someone trying to conceal contraband from plain view.

5. ROBINSON then immediately began to flee from the officers, holding his right pocket as he sprinted away down the driveway and into the back yard of 19355 Archdale Street. Officers lost sight of ROBINSON briefly, who jumped several fences and ended up laying down in some brush behind a garage. While officers chased ROBINSON, a homeowner advised one of the officers that she believed that someone was in her back yard. Officers converged on the yard, identified ROBINSON lying in the brush, and placed him in handcuffs. ROBINSON was detained without incident while the officers conducted further investigation into the possible contraband item they had observed. The officers called for a police K-9.

6.  Once the K-9 unit arrived, the K-9 began a track from the location ROBINSON first began to flee. In the back yard of 19355 Archdale Street, the K-9 alerted on an object: the officers recovered a firearm near the fence line that had fresh grass stains and fresh dirt on it. The firearm was a Taurus, GX4, 9mm, semi-automatic pistol, bearing serial number 1GA58606, containing live rounds of ammunition. Officers asked ROBINSON if he had a CPL, and he said "no."

7.  Based on my training and experience as an ATF firearms interstate nexus expert, the Taurus, 9mm, semi-automatic pistol meets the federal definition of a firearm and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

8.  I reviewed a Computerized Criminal History (CCH) report and court documents for ROBINSON and determined that he has the following felony offenses:

    a.  2001 – Felony Weapons, Carrying Concealed;

    b.  2017 – Felony Police Officer, Fleeing; and

    c.  2017 – Felony Police Officer, Assault, Resist, Obstruct.

4

9.  Given ROBINSON's three felony convictions and the fact that he fled from law enforcement while tossing a firearm, there is probable cause to believe that he was aware of his felony status.

### III.  CONCLUSION

10. Based on the above facts, probable cause exists that Ronald Edward ROBINSON Jr., a convicted felon aware of his felony convictions, possessed a firear, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g).

Respectfully Submitted,

_____
Lewis Rohrer
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Dated:   August 19, 2022

5